UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMBER J. C., <br><br>  Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br>  Defendant. | No. CV 20-4851-ODW (PLA) <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records and files herein, the Magistrate Judge's Report and Recommendation, defendant's Objections to the Report and Recommendation, and plaintiff's response to defendant's Objections. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The decision of the Administrative Law Judge is reversed and the matter is remanded for further proceedings consistent with the Report and Recommendation.

3. Judgment shall be entered consistent with the Order.

4. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: July 6, 2021

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE