# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMBER J. C., <br>     Plaintiff, <br>     v. <br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br>     Defendant. | No. CV 20-4851-ODW (PLA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation.

DATED: July 6, 2021

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE