John Metsker, Esq. SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER J. C.,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:20-cv-04851-ODW-PLA<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28

U.S.C. § 2412(d), in the amount of SEVEN THOUSAND DOLLARS AND NO CENTS ($7,000.00).

IT IS SO RECOMMENDED:

DATE: September 22, 2021

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE


DATE: September 22, 2021

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE